# UNITED STATES DISTRICT COURT

## for the

Western District of Washington

| | |
|---|---|
| United States of America | )<br>) |
| v. | )<br>) Case No:  CR13-23JLR, CR08-159JLR, CR09-13JLR |
| Efren Gallegos-Raymundo | )<br>) |
| | ) USM No:  38453-086 |
| Date of Original Judgment:          07/29/13 | ) |
| Date of Previous Amended Judgment: | ) William Broberg |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.     ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 66 months for CR08-159 and CR13-23 plus 12 months consecutive for CR09-13 for a total of 78    months **is reduced to**    63 months for CR08-159 and CR13-23 plus 12 months consecutive for CR09-13 for a total of 75 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     07/29/2013     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  13 November 2017

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable James L Robart, U.S. District Judge
*Printed name and title*